IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAQUAN LAMONT STEVENS,

   Plaintiff,

     v.

PAUL HOWARD, JR.
Fulton County District Attorney, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-3971-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of January, 2014.

                     /s/Thomas W. Thrash
                     THOMAS W. THRASH, JR.
                     United States District Judge